# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA ANNETTE STAUBS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>Defendant.<br>_____ | NO. CV 16-8631-KS<br><br>ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d) |

Based upon the Stipulation for Award and Payment of Attorneys Fees Pursuant to EAJA, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on August 8, 2017, IT IS ORDERED that fees in the amount of $2,428.89 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: August 9, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1